# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:24-cv-105 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>

Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On February 16, 2024, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.

2. On February 22, 2024, Defendant Samsung Electronics America, Inc. was served with Plaintiffs' Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants has agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time for all defendants to answer or otherwise plead by June 12, 2024.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including June 12, 2024.

Dated: March 7, 2024                                          Respectfully submitted,

                                                               /s/ *Melissa R. Smith*
                                                              Melissa R. Smith
                                                              State Bar No. 24001351
                                                              GILLAM & SMITH, LLP
                                                              303 South Washington Avenue
                                                              Marshall, Texas 75670
                                                              Telephone: (903) 934-8450
                                                              Facsimile: (903) 934-9257
                                                              Email:  melissa@gillamsmithlaw.com

                                                              ***Attorney for Defendants***
                                                              ***Samsung Electronics Company, Ltd. and***
                                                              ***Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on this the 7th day of March 2024.

                                                  */s/  Melissa R. Smith*
                                                  Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

                                                  */s/ Melissa R. Smith*
                                                  Melissa R. Smith