# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:24-cv-105 |

## **ORDER**

Before the Court is Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering same, the Court is of the opinion that the Motion should be GRANTED.

IT IS ORDERED that the deadline for Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including June 12, 2024.

IT IS FURTHER ORDERED that service of process for Samsung Electronics Co. Ltd. has been waived.