IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 2:24-cv-105 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED DOCKET CONTROL ORDER, PROPOSED DISCOVERY ORDER, AND PROPOSED PROTECTIVE ORDER**

    Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby file this unopposed motion for a seven-day extension of time for Plaintiff and Defendants to file their Proposed Docket Control Order and Proposed Discovery Order, from June 12, 2024 to June 19, 2024 and to file their Proposed Protective Order, from June 19, 2024 to June 26, 2024.

    This motion is not made for purposes of delay, will not prejudice any party, and, if granted, will not interfere with any other deadline in this case. The parties have been working together to narrow the disputed issues in the Orders; and extending this deadline by an additional seven days will allow the parties to further reduce their disputed issues in an attempt to reach agreement on the issues therein. This is the parties' first request for an extension of time to file their Docket Control Order, Discovery Order, and Protective Order.

    WHEREFORE, Defendants respectfully request the Court to grant their Unopposed Motion for a seven-day extension of time to file the parties' Proposed Docket control Order and

Proposed Discovery Order from June 12, 2024 to June 19, 2024 and to file their Proposed Protective Order, from June 19, 2024 to June 26, 2024.

| | |
|---|---|
| Dated: June 12, 2024 | Counsel for Defendants |
| | /s/ Melissa R. Smith |
| | Melissa R. Smith |
| | State Bar No. 24001351 |
| | **GILLAM & SMITH, LLP** |
| | 303 South Washington Avenue |
| | Marshall, Texas 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | Email: melissa@gillamsmithlaw.com |
| | |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 12, 2024

                                               */s/ Melissa R. Smith*
                                               Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

                                               */s/ Melissa R. Smith*
                                               Melissa R. Smith